# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAHIID MUJAHEED ALAMIIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-106-G ) |
| JOE M. ALLBAUH et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on March 11, 2019. Judge Purcell recommends that Plaintiff's application for leave to proceed *in forma pauperis* be denied because Plaintiff has sufficient funds to pay the $400.00 filing fee. Within the time period for a written objection, Plaintiff has paid the required $400.00 fee. Accordingly, the Court finds that Plaintiff's application to proceed *in forma pauperis* is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. No. 13) is ADOPTED, and Plaintiff's application (Doc. No. 8) is DENIED.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 27th day of March, 2019.

_____
CHARLES B. GOODWIN
United States District Judge